# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
## - ATTORNEYS AT LAW -

| | |
|---|---|
| **200 VANDERBILT MOTOR PARKWAY**<br>**SUITE C-17**<br>**HAUPPAUGE, NEW YORK 11788** | **300 OLD COUNTRY ROAD**<br>**SUITE 341**<br>**MINEOLA, NEW YORK 11501**<br>(Correspondence to Hauppauge Office) |
| ANTHONY M. LA PINTA<br>JAMES T. REYNOLDS<br>PETER R. CARONIA (Ret.)<br>PAUL GIANELLI (Ret.)<br><br>TEL: 631-231-1199<br>FAX: 631-300-4380<br><br>www.rcgllaw.com | OF COUNSEL:<br><br>PETER H. MAYER, III<br>Justice, New York State<br>Supreme Court (Ret.) |
| MICHAEL E. FEHRINGER | CHRISTOPHER J. PURCELL |

**VIA ECF**

July 30, 2019

The Honorable Sandra J. Feuerstein
United States District Court, EDNY
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, New York 11722

      Re:    Lek Domni v. County of Nassau, et al.
                 19-CV-00083 (SJF)

Your Honor:

      Kindly recall this 42 U.S.C. § 1983 litigation involving various members of the Nassau County Police Department regarding a fight that took place at a dog run in Massapequa on October 30, 2017.

      Plaintiff has recently discharged our firm. He desires to proceed *pro se*. Mr. Domni has refused to speak to us moving forward. Kindly accept this request to schedule a court conference to address various issues concerning this substitution, such as the discovery confidentiality agreement in place regarding police records and witness statements.

      Thank you for your needed intervention in this matter.

Very truly yours,

ANTHONY M. LA PINTA

AML/mef

cc:    Jeremy J. Scileppi, Esq. (By ECF)
         Lek Domni (Via email)