**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LEK DOMNI,

                                Plaintiff,

               -against-

|  |  |
|---|---|
| COUNTY OF NASSAU, POLICE OFFICER CHRISTOPHER LAMONICA, POLICE OFFICER FREDERICK TIFARO, LIEUTENANT ROBERT V. VERLOTTE, DETECTIVE HOWE (first name unknown), DETECTIVE MOORE (first name unknown), and POLICE OFFICERS JOHN AND JANE DOES 1-3, | **ORDER**<br><br>CV 19-0083 (JMA) (AKT) |

                             Defendants.
-----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

Presently before the Court is Plaintiff's motion (1) seeking leave to file a second amended complaint, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, and (2) seeking to unseal state court grand jury minutes. *See* DE 50; DE 52. Defendants oppose Plaintiff's motion in its entirety. *See* DE 51. Plaintiff's motion for leave to file an amended complaint and unseal state court grand jury minutes is GRANTED, in part, and DENIED, in part. The Court's written decision will follow. Plaintiff may file an amended complaint only after the written decision is entered, and such pleading must comply with the instructions provided in that written decision.

                                         **SO ORDERED.**

Dated:  Central Islip, New York
          November 30, 2020

                                    /s/ A. Kathleen Tomlinson
                                    A. KATHLEEN TOMLINSON
                                    United States Magistrate Judge