# LEK DOMNI
2 Lourae Drive
Massapequa Park, NY 11762

215-292-3615(c)                                                                            LD302@optimum.net

August 30, 2022

VIA HAND DELIVERY
Hon. Lee G. Dunst
United States District Court
100 Carman Plaza
Central Islip, NY 11722

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 30 2022 ★

LONG ISLAND OFFICE

    Re:     **Lek Domni v. County of Nassau, et al.,
C.A. No. 19-CV-083 (JMA/LGD)
*PLAINTIFF'S MEDICAL CONDITION***

Dear Judge Dunst:

    On August 28, 2022, I submitted a letter to your Honor's attention concerning a *non-elective surgical procedure* I am scheduled for concerning a medical condition I have. I supplied you with a letter from my treating physician confirming (1) that I have a medical condition, (2) the date of the procedure, (3) the length of time it will take for me to recuperate from the procedure, and (4) when I can be expected to participate in depositions again.

    After receiving my letter, the Court entered an Order that states the following:

> The Court received Plaintiff's letter dated 8/29/22 that, in effect, seeks to stay ***all activity in this case*** from 9/19/22 to 10/31/22 due to personal circumstances.

**Court Order, August 29, 2022. (Emphasis added).**

    In Plaintiff's August 28, 2022 letter, he addresses the issue as related to *depositions only*. Plaintiff apologizes to the Court for not making himself clearer in his letter as to the limits to his incapacity during convalescence. Plaintiff will be fully able to continue resolving a number of outstanding document requests – *and violations by Defendants of prior court orders compelling production of certain documents* – that predate your Honor's assignment to this case and must be resolved. I would respectfully submit to the Court that we could use this time to resolve these upcoming motions.

Plaintiff thanks the Court for this opportunity to clarify his position on the above-referenced issues.

Respectfully,

Lek Domni
Pro se Plaintiff


cc: Andrew Scott, Dep. County Attorney (w/out encl.)