IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEK DOMNI | : | Civil Action No. 19-cv-083 |
| Plaintiff | : | |
| | : | FILED |
| | : | IN CLERK'S OFFICE |
| v. | : | U.S. DISTRICT COURT E.D.N.Y. |
| | : | |
| POLICE OFFICER CHRISTOPHER J. LAMONICA, et al. | : | ★  APR 10 2024  ★ |
| | : | |
| | : | LONG ISLAND OFFICE |
| Defendants | : | |

## JURY VERDICT FORM

**A. Plaintiff's False Arrest Claim**

1. Have Officers Lamonica and Trifaro proven, by a preponderance of the evidence, that they had probable cause to arrest Plaintiff?

   For Officer Lamonica:   Yes __✓__   No ____

   For Officer Trifaro:    Yes __✓__   No ____

   Your answers must be unanimous.

**B. Plaintiff's Excessive Force Claim**

2. Has Plaintiff proven, by a preponderance of the evidence, that Officers Lamonica and Trifaro used an unreasonable amount of force to arrest Plaintiff?

   For Officer Lamonica:   Yes ____   No __✓__

   For Officer Trifaro:    Yes ____   No __✓__

   Your answers must be unanimous.

   Proceed to the next claim.

EXHIBIT
4/10/24

1

4/10/24

C. **Plaintiff's Malicious Prosecution Claim**

   3. Has Plaintiff proven, by a preponderance of the evidence, that Defendants maliciously prosecuted him?

      For Officer Lamonica:   Yes_____   No__✓__

      For Officer Trifaro:    Yes_____   No__✓__

      For Detective Howe:     Yes_____   No__✓__

   Your answers must be unanimous.

   Proceed to the next claim.

D. **Plaintiff's Civil Conspiracy Claims**

**Answer question 4 only if you found in question 1 that Officers Lamonica or Trifaro falsely arrested Plaintiff**

   4. Has Plaintiff proven, by a preponderance of the evidence, that Defendants conspired to arrest Plaintiff without probable cause?

      For Officer Lamonica:   Yes_____   No_____

      For Officer Trifaro:    Yes_____   No_____

      For Detective Howe:     Yes_____   No_____

   [NA]

   Your answers must be unanimous.

   Proceed to the next claim.

**Answer question 5 only if you found in question 3 that any Defendant maliciously prosecuted Plaintiff**

   5. Has Plaintiff proven, by a preponderance of the evidence, that Defendants conspired to maliciously prosecute Plaintiff?

      For Officer Lamonica:   Yes_____   No_____

      For Officer Trifaro:    Yes_____   No_____

      For Detective Howe:     Yes_____   No_____

   [NA]

   Your answers must be unanimous.

4/10/24

**Proceed to the next section only if you found for Plaintiff on any of his claims.**

II. **DAMAGES**

NA

6. Has Plaintiff proven by a preponderance of the evidence that the violation(s) of law committed by the Defendant(s) caused him actual damages?

    Yes _____     No _____

    If you answered yes to question 6, state the amount of compensatory damages you award Plaintiff:

    $_____

7. Has Plaintiff proven by a preponderance of the evidence that the violation(s) of law committed by the Defendant(s) entitles him to an award of punitive damages?

    Yes _____     No _____

    If you answered yes to question 7, state the amount of punitive damages you award Plaintiff against each of the Defendants:

    For Officer Lamonica:    $_____

    For Officer Trifaro:     $_____

    For Detective Howe:      $_____

4/10/24.