IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

**LEK DOMNI**

    **Plaintiff**

v.

**COUNTY OF NASSAU,**
**POLICE OFFICER CHRISTOPHER J.**
**LAMONICA, POLICE OFFICER**
**FREDERICK TRIFARO,**
**POLICE DETECTIVE JAMES HOWE, JR.,**
**and NASSAU COUNTY CORRECTIONAL**
**OFFICER BRIAN DOLAN,**

    **Defendants**

Civil Case No. 19-cv-083

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 09 2024 ★
LONG ISLAND OFFICE

RECEIVED
MAY 09 2024
EDNY PRO SE OFFICE

---

## NOTICE OF APPEAL

TO THE CLERK OF COURT:

Notice is hereby given that Lek Domni, Pro Se Plaintiff in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the day of April 10, 2024 in the above-captioned action. **DE 321.**

By: _____
Lek Domni
Pro Se Plaintiff

2157 E. Lehigh Avenue, #302
Philadelphia, PA 19125
Email: LD302@optimum.net
Phone: 215-292-3615

Date: May 6, 2024

CERTIFICATE OF SERVICE

I, Lek Domni, pro se Plaintiff, do hereby affirm and certify that the foregoing Notice of Appeal was served on the following individual on this date:

<u>VIA Electronic Mail</u>
Brian P. McLaughlin, Esquire
Deputy County Attorney
Nassau County Attorney's Office
One West Street
Mineola, NY  11501

Lead Attorney for Defendants

*Email address*: bmclaughlin@nassaucountyny.gov

_____
Lek Domni

Date: May 6, 2024